# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MOHAMMAD G. ABAS,　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　Plaintiff,　　　　　　　§
　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　§　　CIVIL ACTION NO. 4:25-CV-00400-
　　　　　　　　　　　　　　　§　　　　　　ALM-AGD
CITY OF PLANO, TEXAS et al.,　　　§
　　　　　　　　　　　　　　　§
　　　　　Defendants.　　　　　　§

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Order & Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 6, 2026, the Report of the Magistrate Judge, (Dkt. #46), was entered containing proposed findings of fact and recommendation that (1) the City of Plano, Texas and Officer Kemp's Motion to Dismiss (Dkt. #15) be granted and Plaintiff's case be dismissed with prejudice; (2) Plaintiff's Motion for Reimbursement (Dkt. #36) be denied; and (3) the City of Plano, Texas and Officer Kemp's Motion for Sanctions (Dkt. #38) be denied. The Report further recommended that any request for relief not addressed by the Report be denied as moot.

On March 16, 2026, Plaintiff filed his Formal Objections to the Report and Recommendation of the United States Magistrate Judge (Dkt. #47). The Court has conducted a de novo review of the objections and the portions of the Report to which Plaintiff specifically objects, along all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that (1) the City of Plano, Texas and Officer Kemp's Motion to Dismiss (Dkt. #15) is **GRANTED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**; (2) Plaintiff's Motion for Reimbursement (Dkt. #36) is **DENIED**; and (3) the City of Plano, Texas and Officer Kemp's Motion for Sanctions (Dkt. #38) is **DENIED**.

It is further **ORDERED** that any relief not addressed by the Report is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 25th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2